**Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000126
26-JAN-2017
08:13 AM**

NO. CAAP-16-0000126

IN THE INTERMEDIATE COURT OF APPEALS

STATE OF HAWAI'I

RAYMOND V. RAMES, Claimant-Appellant,
v.
STARWOOD HOTELS AND RESORTS WORLDWIDE, INC., Employer-Appellee,
and
SEDGWICK CMS - HAWAII, Insurance Carrier-Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(DCD NO. 4-07-01134)

ORDER
(By: Leonard, for the court[1])

Upon consideration of the "Motion to Withdraw Appeals
(No. CAAP-16-0000125 and CAAP-16-0000126[)] Without Prejudice,"
filed by Claimant-Appellant Raymond V. Rames (**Appellant**), on
January 20, 2017, and the record, it appears that Appellant seeks
to withdraw his appeal in Case No. CAAP-16-0000126.

---

[1]    Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Therefore, IT IS HEREBY ORDERED that the motion is granted in part, and the appeal is dismissed.

DATED: Honolulu, Hawai'i, January 26, 2017.

For the Court:

Presiding Judge

2